# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICKEY LIONEL LAURANT

NO. 2023 KW 0615

**AUGUST 07, 2023**

---

In Re:   Rickey Lionel Laurant, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 4722F2022.

---

BEFORE:   **WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED.**

**JEW**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT